**Kelvin GOULD, Petitioner—Appellant,**

v.

**CITY OF NE; Jeffrey Cole Rountree, Attorney; Tyrone C. Johnson, Attorney; Artisha K. Todd, Assistant Commonwealth's Attorney, Respondents—Appellees.**

No. 10–6205.

United States Court of Appeals, Fourth Circuit.

Submitted: July 22, 2010.

Decided: July 30, 2010.

Kelvin Gould, Appellant Pro Se.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin Gould seeks to appeal the district court's order accepting the recommenda-

tion of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2006) petition. In his petition, Gould claimed that he had been in custody for three years awaiting trial on several charges and his continued detention pending resolution of those charges entitled him to habeas relief. Gould was convicted of the state charges while this appeal was pending. Therefore, we dismiss the appeal as moot. We also deny all of Gould's pending motions including: the motion for transcripts at government expense; the motion to withdraw/relieve/substitute counsel; the motion for appeal of final judgment; and the motion for "*Faretta*" hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*